**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| **JUAN J. TORRES**<br><br>**Plaintiff,**<br><br>v.<br><br>**CYNET SYSTEMS, INC.,**<br><br>**Defendant.** | Civil Action No. 1:19-cv-1171-RDA-JFA |

**AMENDED NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, November 15, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Cynet Systems, Inc., will bring on for hearing its Motion to Dismiss Plaintiff's Complaint. The hearing was initially noticed for November 8, 2019, but counsel for Plaintiff is unavailable on that date.

Dated: October 17, 2019

Respectfully submitted,

*/s/ Paul J. Kennedy*
Paul J. Kennedy
(Va. Bar No. 29802)
pkennedy@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006-4046
Telephone: 202.842.3400
Facsimile: 202.842.0011

Attorneys for Defendant Cynet Systems, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2019, I electronically filed the foregoing Defendant's Amended Notice of Hearing with the Clerk of the Court using the CM/ECF system, and caused to be served on the following via the CM/ECF system:

>Stephen J. Stine, Esquire
>The Stine Law Firm, PLLC
>3900 Jermantown Road
>Suite 300
>Fairfax, VA  22030-4900
>Email:  stine@stinelaw.com
>
>Attorney for Plaintiff Juan J. Torres

>*/s/ Paul J. Kennedy*
>Paul J. Kennedy
>(Va. Bar No. 29802)
>pkennedy@littler.com
>LITTLER MENDELSON, P.C.
>815 Connecticut Avenue, NW
>Suite 400
>Washington, DC  20006-4046
>Telephone: 202.842.3400
>Facsimile: 202.842.0011

4833-2865-6298.1 103075.1001